IN THE UNITES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

8-18-2025

Rodney Soulsby II

                        Plaintiiff,

V.                                              CASE NO. 5:25-CV-00034

Commonwealth of Virginia,

Attorney General Jason Miyares,

Victor Ludwig, & Ashlyn Vint    Defendants()

## Motion for DEFAULT Judgement

Plaintiff Rodney Soulsby II kindly requests this court to issue Default Judgement against all defendants: Commonwealth of Virginia, Jason Miyares, Victor Ludwig, and Ashlyn Vint for each of their own, or their legal counsel's own FAILURE to submit to the PLAINTIFF their response in writing to the Plaintiff's initial filing in this case.

The Plaintiff contacted this court in Harrisonburg on 08-18-2025 and was informed that a response from each had been submitted to the court by the statutory deadline; however, to date, no response or proof of any response (Certificate of Service) has been mailed nor received by the Plaintiff Rodney Soulsby II as required by filing order in this matter. In fact, today, August 18, 2025 Plaintiff Soulsby did receive correspondence to this case, in a "Motion to Withdraw as Counsel" from MS. Besa Bucaj dated 8-13-2025 (See Ex. A with the mail address forwarded, yet still received in a timely manner of only 5 calendar days). This communication is the ONLY communication that has been received by the Plaintiff in this case.

Regardless of whether the case was responded to by any defendant with the court, the rules of the court clearly states that a defendant has 21 days to respond to claim and MUST provide CERTIFICATE OF SERVICE with a copy of their response(s) to the Plaintiff.

There has been NO CORRESPONDENCE or SERVICE rendered to the Plaintiff who resides in Florida in this case, and the court has no record of any mail tracking in its case file as PROOF OF SERVICE.

Therefore, the Defendants: State of Virginia, Jason Miyares, Victor Ludwig, and Ashlyn Vint have each failed to FULLY COMPLY with Rule 45 CFR / 681.10 prompting the Plaintiff in this case to respectfully request this court to issue Judgement against ALL DEFENDANTS in this matter for the FAILURE TO PROVIDE PROOF OF SERVICE within the courts required timeline to do so, and issue a DEFAULT JUDGEMENT in this case. Each Defendant has not only the plaintiff's home address, but also the plaintiff's email address as well. Neither form of communication for correspondence in this matter has been utilized by any defend in providing their response to the Plaintiff's filing, thus rendering each in DEFAULT.

Respectfully signed I ask for this,

*[signature]*

Rodney Soulsby II, Pro SE    550 11th Ave Vero Beach, FL 32962 (540)447-4297 RSoulsbyII@gmail.com

**CERTIFICATE OF SERVICE**

CASE NO. 5:25-CV-00034

I certify a true and correct copy this foregoing instrument has been MAILED on or about 8-19-2025 to:

Office of the Attorney General / BESA BUCAJ 202 North 9th St Richmond, VA 23219 whom is counsel of record for State of Virginia, Jason Miyares and Victor Ludwig  Via USPS TRACKING #9505515822065233727397

Law Office of Botkin/Rose PLC 3190 Peoples Drive Harrisonburg, VA 22801 whom is counsel for Ashlyn Vint   Via USPS TRACKING #9505515822065233727373

Signed,

Rodney Soulsby II, Pro SE      550 11th Ave Vero Beach, FL 3296 (540)447-4297 RSoulsbyII@gmail.com




