CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
9/21/2026
LAURA A. AUSTIN, CLERK
BY: s/J. Lopez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| RODNEY L. SOULSBY, II, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:25-cv-00034 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| JAY JONES, Attorney General of Virginia, *et al.*, | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that defendants' motions to dismiss (Dkt. Nos. 8, 10) are GRANTED, and all claims against all defendants are hereby DISMISSED. To the extent the court has dismissed claims for lack of jurisdiction, they are dismissed without prejudice. To the extent the court does have jurisdiction over any claims, the court's alternative bases should be treated as the grounds for dismissal, and the claims are dismissed with prejudice. The Clerk is DIRECTED to STRIKE this case from the active docket of the court.

It is further ORDERED that plaintiff's motion for default judgment (Dkt. No. 18) is DENIED.

The Clerk is DIRECTED to provide a copy of this order and the memorandum opinion to to counsel for defendants via CM/ECF. Because plaintiff does not receive CM/ECF notifications, the Clerk is DIRECTED to mail him a copy of both documents.

Entered: September 21, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge